IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| O.N.O., | : |
|     Petitioner, | : |
| v. | :   Case No. 4:24-cv-125-CDL-AGH |
| | :   28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : |
|     Respondent. | : |

### ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on September 12, 2024 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 16th day of September, 2024.

                                                s/ *Amelia G. Helmick*
                                                UNITED STATES MAGISTRATE JUDGE