```
IN THE UNITED STATES DISTRICT COURT
 FOR THE MIDDLE DISTRICT OF GEORGIA
          COLUMBUS DIVISION
```

O.N.O.,                              *

    Petitioner,                  *

vs.                                  *

Warden, STEWART DETENTION            *   CASE NO. 4:24-cv-125-CDL-AGH
CENTER,
                                     *

    Respondent.
                                     *

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 20, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 24th day of September, 2025.

                                                S/ Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA